UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR00-276-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ROBERT F. HARDY, JR., | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on January 4, 2006. The United States was represented by AUSA Donald M. Currie and the defendant by Robert Gombiner for Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 27, 2000 by the Honorable Barbara Jacobs Rothstein on a charge of Bank Fraud and sentenced to 18 Months Custody, 5 years Supervised Release. (Dkt. 16).

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, narcotic addiction/drug dependency treatment and testing, refrain

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

from alcohol and other intoxicants, submit to search, participate in a mental health program, provide access to financial information, disclose all assets and liabilities, no new credit without permission, do not possess identification documents in any but true name, and restitution in the amount of $10,000.

On January 22, 2003, defendant's probation officer reported that he tested positive for cocaine. No action was taken at the time, it being the first positive test result since commencing supervision. (Dkt. 19).

In an application dated July 17, 2003, U.S. Probation Officer Michael K. Banks alleged the following violation of the conditions of supervised release:

1. Failing to report for the month of June 2003 in violation of standard condition #2.

2. Failing to report a change of residence and a change of employment in violation of standard condition #6.

3. Failing to make restitution as directed, in violation of the special condition requiring him to do so.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted each of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

/ / /

/ / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01  Pending a final determination by the Court, defendant has been detained.

02  DATED this 4th day of January, 2006.

03
04                              _____
                                Mary Alice Theiler
05                              United States Magistrate Judge

06

07  cc:   District Judge:          Honorable Marsha J. Pechman
          AUSA:                    Donald M. Currie
          Defendant's Attorney:    Robert Gombiner
08        Probation Officer:       Michael K. Banks

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3